**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MARY MILLS**                                                                            **PLAINTIFF**

V.               **CASE NO.: 3:10CV00056 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                         **DEFENDANT**

**JUDGMENT**

The decision of the Commissioner, Michael J. Astrue, is reversed and the case is remanded for action consistent with the Court's opinion. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 14th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE